UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLIN JENNINGS,

        Plaintiff,                Case No. 1:16-cv-1218

v.                                   Honorable Paul L. Maloney

ROBERT McQUEENEY et al.,

        Defendants.
_____/

## JUDGMENT

        In accordance with the Opinion filed this date:

        IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  November 7, 2016          /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge