UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLIN JENNINGS, II          )
    PLAINTIFF,                )
                  )     NO. 1:16-CV-1218
-V-                              )
                  )     HON. PAUL L. MALONEY
ROBERT CROMPTON,                 )
    DEFENDANT.                )
                                 )

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 62), and pursuant to

Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

**Date:**  January 26, 2018                           /s/ Paul L. Maloney 
                                                     Paul L. Maloney
                                                     United States District Judge